**Dismissed and Memorandum Opinion filed December 14, 2017.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00826-CV

**GENETIC KEDMEOFF, LLC, JOY YOGA CENTER, LLC SOURCE STREET, LLC JEMSU (HOUSTON) LLC, JEMSU, LLC, MARIJUANA MARKETING GURUS, LLC AND KYROZEN, LLC, Appellants**

**V.**

**SIGNET INTERACTIVE, LLC KRISTEN BAKER, ASHKLEY MATHIS AND RYAN MATHIS, INDIVIDUALLY AND AS MEMBERS OF SIGNET INTERACTIVE, LLC, Appellees**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2017-31806**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 19, 2017. The notice of appeal was filed October 13, 2017. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in

civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (West 2013).

On November 16, 2017, this court ordered appellants to pay the appellate filing fee on or before December 1, 2017, or the appeal would be dismissed. Appellants have not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown.